| | |
|---|---|
| 1 | Roger G. Perkins, Esq., State Bar No. 86617 |
| 2 | Tammara N. Tukloff, Esq., State Bar No. 192200 |
|   | **MORRIS POLICH & PURDY LLP** |
| 3 | 501 W. Broadway, Suite 501 |
|   | San Diego, CA  92101 |
| 4 | Telephone:  (619) 557-0404 |
|   | Facsimile:   (619) 557-0460 |
| 5 | |
| 6 | Attorneys for Defendants, |
|   | DJO LLC (f/k/a DJ ORTHOPEDICS, LLC) |
| 7 | and DJO, INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| ELIZABETH HERNANDEZ,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>STRYKER CORPORATION, a Michigan corporation; STRYKER SALES CORPORATION, a Michigan corporation; I-FLOW CORPORATION, a Delaware corporation; DJO, LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INC., a Delaware corporation; McKINLEY MEDICAL LLC, a Colorado corporation; CURLIN MEDICAL, INC., a Delaware corporation, CURLIN MEDICAL, LLC, a California limited liability company; MOOG, INC., a New York corporation; BREG, INC., a Delaware corporation; and SMI LIQUIDATING, INC. (f/k/a SORENSON MEDICAL, INC.), a Utah corporation,  )<br>  )<br>Defendants.  )<br>  ) | Case No.: 2:09-cv-02545-MCE-DAD<br><br>**ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint filed:  September 10, 2009 |

   IT IS HEREBY ORDERED that the stipulated extension of time for Defendants DJO LLC (f/k/a DJ ORTHOPEDICS, LLC) and DJO, INC to file a responsive pleading is hereby ordered.

1 | Defendants DJO LLC (f/k/a DJ ORTHOPEDICS, LLC) and DJO, INC. are ordered to file a
2 | responsive pleading by no later than January 4, 2010.

**IT IS SO ORDERED.**

**DATED: 12/7/2009**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE