SHAWN KHORRAMI (SBN 180411)
JAMES KENNA (SBN 209961)
KHORRAMI POLLARD & ABIR LLP
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:    (213) 596-6000
Facsimile:    (213) 596-6010


CHRISTOPHER T. KIRCHMER (Texas SBN 00794099)
PROVOST & UMPHREY LAW FIRM, L.L.P
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
Telephone:    (409) 835-6000
Facsimile:    (409) 838-8888

*Attorneys for Plaintiff(s)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ELIZABETH HERNANDEZ, | CASE NO.  2:09-cv-02545-MCE-DAD |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE LAWSUIT AS TO ALL PARTIES WITHOUT PREJUDICE** |
| vs. | |
| STRYKER CORPORATION, a Michigan corporation; STRYKER SALES CORPORATION, a Michigan corporation; I-FLOW CORPORATION, a Delaware corporation; DJO, LLC (f.k.a. DJ ORTHOPEDICS, LLC), a Delaware limited liability company; DJO, INC., a Delaware corporation; McKINLEY MEDICAL LLC, a Colorado corporation; CURLIN MEDICAL, INC., a Delaware corporation; CURLIN | |



1

ORDER DISMISSING ENTIRE LAWSUIT AS TO ALL PARTIES WITHOUT PREJUDICE

| | |
|---|---|
| 1 | MEDICAL, LLC, a California limited liability company; MOOG, INC., a New York corporation; BREG, INC., a Delaware corporation; and SMI LIQUIDATING, INC. (f.k.a. SORENSON MEDICAL, INC.), a Utah corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

IT IS HEREBY ORDERED that the above –referenced complaint is dismissed without prejudice as to all parties. The Clerk is directed to close the file.

DATED: December 10, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE



ORDER DISMISSING ENTIRE LAWSUIT AS TO ALL PARTIES WITHOUT PREJUDICE